AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dinsmore, Mark J. | U.S. District Court for the Southern District of Indiana | 09/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full Time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court for the Southern District of Indiana
257 United States Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dinsmore, Mark J.** | 09/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Ascension Health Misistry Services as Agent for St. Vincent Hospital & Health (Wages) |
| 2. | 2020 | Chegar Facial Plastic Surgery (Wages) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dinsmore, Mark J.** | 09/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dinsmore, Mark J. | 09/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Indiana Members Credit Union | A | Interest | J | T | | | | | |
| 2. | American Funds EuroPacific Mutual Fund | A | Dividend | | | Sold | 12/02/20 | K | | |
| 3. | Dodge & Cox Stock Mutual Fund | A | Dividend | | | Sold | 12/02/20 | K | | |
| 4. | Transamerica Partners Institutional High Yield Bond Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 5. | Vanguard Institutional Index Fund | A | Dividend | | | Sold | 12/02/20 | K | | |
| 6. | Vanguard Small Cap Index Fund | A | Dividend | | | Sold | 12/02/20 | K | | |
| 7. | Credit Suisse 5.4% Bond Maturing 1/14/2020 | A | Interest | | | Matured | 01/14/20 | K | | |
| 8. | Goldman Sachs Group, Inc. 5.375% Bond Maturing 3/15/2020 | A | Interest | | | Matured | 03/15/20 | K | | |
| 9. | General Electric Cap. Corp. 5.65% Bond Maturing 3/15/2022 | B | Interest | K | T | | | | | |
| 10. | Thornburg Investment Income Builder Mutual Fund | A | Dividend | J | T | | | | | |
| 11. | Janus Balanced Mutual Fund | B | Dividend | L | T | | | | | |
| 12. | DFA International Small Company Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 13. | Principal LargeCap Growth Fund | A | Dividend | | | Sold | 12/02/20 | K | | |
| 14. | JP Morgan Equity Income Fund | B | Dividend | M | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 15. | Bank of America, NA | A | Interest | J | T | | | | | |
| 16. | PowerShares QQQ (Invesco) | B | Dividend | N | T | Sold<br>(part) | 04/02/20 | J | | |
| 17. | | | | | | Buy<br>(add'l) | 12/15/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dinsmore, Mark J.** | 09/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Baird Aggregate Bond Fund | A | Dividend | | | Sold | 12/02/20 | L | | |
| 19.  Vanguard Prime Money Market Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 20.  DFA U.S. Targeted Value Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 21.  Hartford Small Cap Growth Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 22.  Janus Henderson Enterprise Fund Class N | A | Dividend | | | Sold | 12/02/20 | J | | |
| 23.  ClearBridge Large Cap Growth Fund I | A | Dividend | M | T | Sold<br>(part) | 04/02/20 | J | | |
| 24.  Vanguard S&P 500 ETF Fund | C | Dividend | M | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 25.  John Hancock International Growth Fund | A | Dividend | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 26. | | | | | Sold | 05/04/20 | K | | |
| 27.  Virtus KAR Small-Cap Growth Fund | A | Dividend | M | T | Sold<br>(part) | 04/02/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 12/15/20 | K | | |
| 29.  Fidelity Inflation-Protected Bond Index<br>Fund | A | Dividend | | | Sold | 12/02/20 | K | | |
| 30.  Causeway Emerging Markets Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 31.  Vanguard Real Estate Index Fund | A | Dividend | | | Sold | 12/02/20 | J | | |
| 32.  SPDR Dow Jones Industrial Average ETF | C | Dividend | M | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 12/15/20 | L | | |
| 34.  MFS International Diversification Fund | A | Dividend | L | T | Buy<br>(add'l) | 04/02/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 12/15/20 | K | | |
| 36. Touchstone Mid Cap Fund | A | Dividend | L | T | Buy (add'l) | 04/02/20 | J | | |
| 37. | | | | | Buy (add'l) | 12/15/20 | K | | |
| 38. Vanguard Mid-Cap Value Index Fund Admiral Shares | A | Dividend | | | Sold | 12/02/20 | J | | |
| 39. Schwab US Treasury Money Fund | A | Interest | | | Buy | 03/25/20 | L | | |
| 40. | | | | | Sold | 06/23/20 | L | | |
| 41. Schwab Value Advantage Fund | A | Interest | L | T | Buy | 06/23/20 | L | | |
| 42. Goldman Sachs GQG Partners International Opportunity Fund | A | Dividend | L | T | Buy | 05/05/20 | K | | |
| 43. | | | | | Buy (add'l) | 12/15/20 | K | | |
| 44. Akre Focus Institutional Fund | A | Dividend | L | T | Buy | 12/15/20 | L | | |
| 45. Vanguard Ultra Short Term Bond Fund | A | Interest | K | T | Buy | 12/15/20 | K | | |
| 46. Principal Equity Income Institutional Fund | A | Dividend | L | T | Buy | 12/15/20 | L | | |
| 47. SPDR S&P 500 ETF | A | Dividend | L | T | Buy | 12/15/20 | L | | |
| 48. Charles Schwab Bank | A | Interest | J | T | Open | 02/05/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dinsmore, Mark J. | 09/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark J. Dinsmore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544